# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT



...NIC...LY FILED

...C #: _____
...TE FILED: 3/17/2026

March 17, 2026

**Via ECF**

District Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   Germosen, Alexa v. HomeGoods, Inc. and The TJX
      Companies, Inc.
      Docket No.: 23 Civ. 10451 (CM)(JW)
      SJD No.: 598-10054

Dear Hon. McMahon:

MEMO ENDORSED

This office represents defendants, HomeGoods, Inc. and The TJX Companies, inc., in connection with the above referenced matter. Please accept this correspondence as the undersigned's request for an adjournment of the conferences scheduled for March 26, 2026 at 10:45 am (in response to the defendants' request for an extension of the deadline to conduct plaintiff's further examination before trial) and 11:45 am (with respect to defendants' motion to preclude plaintiff's experts). Plaintiff has consented to this request.

The reason for the instant request is that the undersigned has been summoned for jury duty in Suffolk County, for the week of March 23, 2026 and may be called to report to the courthouse on any date that week. The undersigned will not be advised of the specific date until after 5 pm the date before. Accordingly, it is respectfully requested that the conferences in this matter, presently scheduled for March 26, 2026, be adjourned to a later date. Additionally, it is respectfully requested that the conference be adjourned to a date after the upcoming Passover holiday, which starts on April 1, 2026 and continues through April 9, 2026.

3/17/2026
Fri by April 10
at 10 Am

District Judge Colleen McMahon
United States District Court
Southern District of New York
March 17, 2026
Page 2


      Thank you for the opportunity to address the Court in this matter.

Respectfully submitted,
/s/ *Irina Feferman*
Irina Feferman

IF:

cc: <u>Via ECF</u>
    Omrani & Taub, P.C.