UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Alexa Germosen,

                    Plaintiff(s),                                    23 Civ. 10451 (CM) (JW)

          -against-

                                                                 CALENDAR NOTICE

Homegoods, Inc.,
                    Defendant(s),
---------------------------------------------------------X


          Please take notice that the above captioned matter has been **re-scheduled** for a:

____Pre-trial conference        _X_Status conference        __ Oral argument
____Settlement conference       ____Plea Hearing                 (Bankruptcy Appeal)
____Rule (16) conference        ___ Final pre-trial conference _ _ Fairness Hearing
____Telephone conference        ____Jury Selection and Trial    __ OTSC Hearing
____Non-Jury Trial              ____Inquest

**on Thursday, April 9, 2026 at 11:30 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

          Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: April 7, 2026
          New York, New York


                                        So Ordered


                                        Colleen McMahon, U.S.D.J