AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ALEXA GERMOSEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    23-CV-10451 |
| HOMEGOODS, INC. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ALEXA GERMOSEN                                                                      .

Date:     04/07/2026

*James L. Forde*
*Attorney's signature*

JAMES L. FORDE / JLF9684
*Printed name and bar number*

OMRANI & TAUB, P.C.
488 Madison Avenue - 20th Flr.
New York, New York 10022

*Address*

whiteplains@omraniandtaub.com
*E-mail address*

(212) 714-1515
*Telephone number*

(212) 599-5550
*FAX number*