LAW OFFICES OF

# OMRANI & TAUB, P.C.

**PARTNERS**
*MICHAEL A. TAUB, ESQ.*
*ALEX A. OMRANI, ESQ.*
*ISAAC ARASTEH, ESQ.*

**ASSOCIATE ATTORNEYS**
*JAMES L. FORDE, ESQ.*
*AVI DAVIDOV, ESQ.*
*DEAN PAVLOS, ESQ.*
*JOSEPH LEVY, ESQ.*
*MOHAMMED AYOUB, ESQ.*
*ANGELA WILLIAMS, ESQ.*
*MARIA P. WHITE, ESQ.*

488 MADISON AVENUE – 20th FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 714-1515
FAX: (212) 599-5551

**(212)"LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

*[Handwritten: Conference adjourned to 4/23/2026 at 10:15 am.]*

*[Signature]*
April 9, 2026

*[Handwritten: 4/7/2026]*

*[Stamp:] SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/7/2026*

VIA ECF
District Judge Colleen McMahon
United State District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

*[Stamp:] MEMO ENDORSED*

Re: Germosen, Alexa v. HomeGoods Inc.
Docket No.: 23 Civ. 10451 (CM) (JW)
SJD #: 598-10054

Dear Hon. McMahon:

This office represents the plaintiff Alexa Germosen in connection with the above-referenced matter. I am respectfully requesting an adjournment of the Status Conference that has been rescheduled for April 9, 2026.

The reason for the request is that I will be unavailable due to the Passover holiday.

This request is being made with defense counsel's consent.

Thank you for your courtesy in this matter.

Respectfully submitted,

*Joseph Levy*

Joseph D. Levy, Esq.

cc:
Via ECF
Simmons Jannace DeLuca, LLP
Irina Feferman, Esq.