LAW OFFICES OF

# OMRANI & TAUB, P.C.

**PARTNERS**
MICHAEL A. TAUB, ESQ.
ALEX A. OMRANI, ESQ.
ISAAC ARASTEH, ESQ.

ASSOCIATE ATTORNEYS
JAMES L. FORDE. ESQ.
AVI DAVIDOV, ESQ.
DEAN PAVLOS, ESQ.
JOSEPH LEVY, ESQ.
MOHAMMED AYOUB, ESQ.
ANGELA WILLIAMS, ESQ.
MARIA P. WHITE, ESQ.

488 MADISON AVENUE – 20ᵗʰ FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 714-1515
FAX: (212) 599-5551

## (212) "LAW-SUIT"

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

QUEENS OFFICES:
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

WESTCHESTER OFFICE:
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2026

MEMO ENDORSED

May 18, 2026

District Judge Colleen McMahon
United State District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

*5/19/2026 Excellent news — we are now starting work on your motion but will hold up until you are done mediating*

Re: Germosen, Alexa v. HomeGoods Inc.
Docket No.: 23 Civ. 10451 (CM) (JW)
SJD #: 598-10054

Dear Hon. McMahon:

The parties in this action are writing to inform the Court that we have scheduled a mediation to settle this matter on July 17, 2026.

As the parties are making a good faith attempt to settle this matter, we ask that the Court reserve decision on the summary judgment motion until after that date.

We thank Your Honor for your courtesy in this matter.

Respectfully submitted,

*Joseph Levy*

Joseph D. Levy, Esq.

cc:
Via Email
Simmons Jannace DeLuca, LLP